GEORGE J. SEAMAN, JR., an Infant, by GEORGE J. SEAMAN, SR., His Guardian ad Litem, and GEORGE J. SEAMAN, SR., Appellants, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

PEARL RADER and EARL D. RADER, Respondents, v. NATIONAL TRANSPORTATION COMPANY, INC., and FISCHER BAKING COMPANY, Appellants.— Order unanimously reversed, with costs and disbursements, and the verdicts reinstated. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

THE CROSLEY DISTRIBUTING CORPORATION, Respondent, v. JOHN MULLINS & SONS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

JOHN FINERTY, Respondent, v. DAVID SIEGEL, as President of Hotel & Restaurant Workers Union Local No. 16, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of a copy of the order with notice of entry, upon payment of said costs and the costs awarded by the court at Special Term. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

RUTH W. BOWERS, Respondent, v. RAY BOWERS, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.; Martin, P. J., and Glennon, J., dissent.